IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-266-CR




KENNETH RAY DUVALL,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,


NO. 350,852, HONORABLE STEVE RUSSELL, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for unlawfully carrying a weapon. Punishment was
assessed at confinement for 9 months.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann. 59(b)
(Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed On Appellant's Motion

Filed: September 11, 1991

[Do Not Publish]